UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80057-CR-ROSENBERG/HOPKINS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANIO VICO and
JHARILDAN VICO, a/k/a "Harold Vico",

    Defendants.
_____/

ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT

THIS MATTER comes before the Court pursuant to the motion of the United States to approve the Stipulation and Settlement Agreement between plaintiff, United States of America, and third party petitioner Velocity Commercial Capital, LLC.  The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

1.    The United States' motion is granted.  The Stipulation and Settlement Agreement between the United States and petitioner Velocity Commercial Capital, LLC, is approved.

**DONE AND ORDERED** in Chambers at _Fort Pierce_, Florida, this _21st_ day of April, 2016.

                                                                                ROBIN L. ROSENBERG
                                                                   UNITED STATES DISTRICT JUDGE

cc:    Antonia J. Barnes, AUSA
       Ellen Cohen, AUSA
       C. Craig Eller, Esq.

SERVICE LIST

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Ellen Cohen
Assistant U.S. Attorney
ellen.cohen@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue, Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 209-1046
Facsimile: (561) 659-4526
Attorney for Plaintiff United States
[Service via CM/ECF]

C. Craig Eller, Esq.
celler@broadandcassel.com
Broad and Cassel
One North Clematis Street, Ste. 500
West Palm Beach, FL   33401
Tel: (561) 832-3300
Fax: (561) 650-1153
Attorney for Velocity Commercial Capital, LLC
[Service via CM/ECF]