UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80057-CR-ROSENBERG/HOPKINS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANIO VICO, and
JHARILDAN VICO,

    Defendants.
_____/

## RELEASE OF LIS PENDENS

**GRANTEE: JANIO VICO**

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEE any interest in the real property described herein under.

Notice is hereby given of a certain lis pendens recorded in the Palm Beach County land records on September 21, 2015, in Official Records Book 27819, Page 1285, giving notice of the pendency of a forfeiture action in the United States District Court for the Southern District of Florida entitled United States of America v. Janio Vico and Jharildan Vico, Case No. 15-80057-CR-Rosenberg/Hopkins(s), in which this lis pendens is hereby release and discharged.

The property affected by this release is more particularly described as: All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and

easements, located at 669 Pacific Grove Drive, Unit #3, West Palm Beach, Palm Beach County, Florida, 33401, and more particularly described as:

> Unit No. 3, Building 11A, of CITYSIDE, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 18734, Page 669, as amended in Official Records Book 18734, Page 866 and Official Records Book 18734, Page 900, as amended, all of the Public Records of Palm Beach County, Florida.

Dated at West Palm Beach, Florida this 28th day of July, 2016.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Antonia J. Barnes*
ANTONIA J. BARNES (FL Bar # 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue, Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for United States